## RECONSIDERATION DOCKET

**94–2748.** Previte v. Previte. *Lake County,* No. 94–L–019. Reported at 71 Ohio St.3d 1503, 646 N.E.2d 1127. On motion for reconsideration. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**94–2752.** In re Adoption of Zschach. *Fairfield County,* Nos. 1994CA14 and 1994CA19. Reported at 71 Ohio St.3d 1503, 646 N.E.2d 1127. On motion for reconsideration. Motion granted and discretionary appeal allowed; *sua sponte,* cause consolidated with 95–170, *infra.*

F.E. SWEENEY, J., dissents.

WRIGHT, J., not participating.

**94–2770.** Williams v. Cent. Psychiatric Clinic. *Franklin County*, No. 94API02–228. Reported at 71 Ohio St.3d 1503, 646 N.E.2d 1127. On motion for reconsideration. Motion denied.

**95–170.** In re Adoption of Zschach. *Fairfield County*, Nos. 1994CA14 and 1994CA19. Reported at 71 Ohio St.3d 1503, 646 N.E.2d 1127. On motion for reconsideration. Motion granted and discretionary appeal allowed; *sua sponte,* cause consolidated with 94–2752, *supra.*

F.E. SWEENEY, J., dissents.

WRIGHT, J., not participating.